

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00510-CV

**IN RE UNITED HEALTH GROUP INC**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears, II, Justice
H. Todd McCray, Justice

Relator filed its petition for writ of mandamus on August 11, 2025. The real party in interest filed a motion to dismiss the petition for writ of mandamus and a reply. Having considered the arguments of the parties and the record filed, this court has determined that relator has not established that it is entitled to the requested relief. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The real party in interest's motion to dismiss is **DENIED AS MOOT.**

It is so **ORDERED** on December 3, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CI-02352, styled *Melissa Pearson v. United Health Group, Inc.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.